IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH GRAHAM, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-cv-6(HL) |
| | * |
| WAYNE LUKE, Investigator | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 11, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 11th day of January, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk